MAD
LDB
X9442

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Zeeshan Hayat KHAN,<br><br>　　　　　Defendant. | Case No.: 23mj3594<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about October 2, 2023, within the Southern District of California, Zeeshan Hayat KHAN did knowingly and intentionally import a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Mazin Sahib
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 3rd day of October 2023.

_____
Hon. Allison H. Goddard
United States Magistrate Judge

## STATEMENT OF FACTS

On October 2, 2023, at approximately 9:40 AM, Zeeshan Hayat KHAN, ("KHAN"), a United States citizen, applied for entry into the United States from Mexico through the San Ysidro POE in vehicle lane #29. KHAN was the driver, and sole occupant, of a 2006 Toyota Prius ("the vehicle") bearing California license plates.

A Customs and Border Protection Officer (CBPO) received two negative Customs declarations from KHAN. KHAN stated he was crossing the border to go to Los Angeles, California. The CBPO received a computer-generated alert and referred KHAN and the vehicle to secondary inspection.

A CBPO operating the Z-Portal X-Ray machine detected anomalies in the roof of the vehicle.

A Canine Enforcement Team was conducting secondary inspection operations when the Human and Narcotic Detection Dog alerted to the roof of the vehicle.

Further inspection of the vehicle resulted in the discovery of 15 packages concealed in the roof of the vehicle, with a total approximate weight of 17.70 kgs (39.02 lbs). A sample of the substance contained within the packages field tested positive for the characteristics of cocaine.

KHAN was placed under arrest at approximately 11:57 AM.

KHAN was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.